Alexander R. Malbin, Esq. (AM 9385)
Edmund J. Ferdinand, III, Esq. (EF9885)
FERDINAND IP, LLC
450 Seventh Avenue, Suite 1300
New York, NY 10123
Telephone: (212) 220-0523
Fax: (203) 905-6747
Email: amalbin@24iplg.com
         jferdinand@24iplg.com

*Attorney for Plaintiff*
*MAST-JAEGERMEISTER SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAST-JAEGERMEISTER SE,<br><br>                    Plaintiff,<br><br>- against -<br><br><br><br>GEARLAUNCH, INC., et al.,<br><br>                    Defendants. | Case No. 1:18-cv-06276-PGG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Mast-Jaegermeister SE, voluntarily dismisses the above-captioned action with prejudice and with each party to bear its own attorneys' fees and costs.

Dated:  December 28, 2018        By: _____
Alexander R. Malbin
Edmund J. Ferdinand, III
FERDINAND IP, LLC
450 Seventh Avenue, Suite 1300
New York, NY 10123
Telephone: (212) 220-0523
Fax: (203) 905-6747
Email: amalbin@24iplg.com
           jferdinand@24iplg.com

*Attorney for Plaintiff,*
*MAST-JAEGERMEISTER SE*