AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Southern District of New York__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:18-cv-06276 | DATE FILED<br>07/11/2018 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| PLAINTIFF<br>MAST-JAEGERMEISTER SE | | DEFENDANT<br>GEARLAUNCH, INC., ET AL. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | *Listing of asserted trademark registrations attached |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| *Notice of Voluntary Dismissal* |

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK | DATE<br>12/28/2018 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

*MAST-JAEGERMEISTER SE v. GEARLAUNCH, INC., ET AL.*
Civil Action No. 1:18-cv-06276
U.S. District Court for the Southern District of New York

Asserted U.S. Trademark Registrations:

|      | TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|------|---------------|-------------------|---------------------|
| (1)  | 3,076,932     | 04/04/2006        | Mast-Jaegermeister SE |
| (2)  | 3,183,955     | 12/12/2006        | Mast-Jaegermeister SE |
| (3)  | 5,121,995     | 01/17/2017        | Mast-Jaegermeister SE |
| (4)  | 5,129,219     | 01/24/2017        | Mast-Jaegermeister SE |
| (5)  | 5,135,539     | 02/07/2017        | Mast-Jaegermeister SE |
| (6)  | 5,135,541     | 02/07/2017        | Mast-Jaegermeister SE |
| (7)  | 0,857,604     | 09/24/1968        | Mast-Jaegermeister SE |
| (8)  | 0,861,094     | 11/26/1968        | Mast-Jaegermeister SE |
| (9)  | 1,952,558     | 01/30/1996        | Mast-Jaegermeister SE |
| (10) | 2,165,258     | 06/16/1998        | Mast-Jaegermeister SE |
| (11) | 2,303,099     | 12/29/1999        | Mast-Jaegermeister SE |
| (12) | 2,970,791     | 07/19/2005        | Mast-Jaegermeister SE |
| (13) | 3,051,959     | 01/31/2006        | Mast-Jaegermeister SE |
| (14) | 4,507,949     | 04/01/2014        | Mast-Jaegermeister SE |
| (15) | 4,694,048     | 03/03/2015        | Mast-Jaegermeister SE |
| (16) | 4,702,125     | 03/17/2015        | Mast-Jaegermeister SE |
| (17) | 5,121,995     | 01/17/2017        | Mast-Jaegermeister SE |
| (18) | 5,266,890     | 08/15/2017        | Mast-Jaegermeister SE |

Alexander R. Malbin, Esq. (AM 9385)
Edmund J. Ferdinand, III, Esq. (EF9885)
FERDINAND IP, LLC
450 Seventh Avenue, Suite 1300
New York, NY 10123
Telephone: (212) 220-0523
Fax: (203) 905-6747
Email: amalbin@24iplg.com
          jferdinand@24iplg.com

*Attorney for Plaintiff*
*MAST-JAEGERMEISTER SE*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAST-JAEGERMEISTER SE,<br><br>                    Plaintiff,<br><br>- against -<br><br>GEARLAUNCH, INC., et al.,<br><br>                    Defendants. | Case No. 1:18-cv-06276-PGG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Mast-Jaegermeister SE, voluntarily dismisses the above-captioned action with prejudice and with each party to bear its own attorneys' fees and costs.

Dated: December 28, 2018

By: _____

Alexander R. Malbin
Edmund J. Ferdinand, III
FERDINAND IP, LLC
450 Seventh Avenue, Suite 1300
New York, NY 10123
Telephone: (212) 220-0523
Fax: (203) 905-6747
Email: amalbin@24iplg.com
          jferdinand@24iplg.com

*Attorney for Plaintiff,*
*MAST-JAEGERMEISTER SE*